IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAMON JONES                                                                          PLAINTIFF

       v.                                Civil No. 05-1085

SHERIFF KEN JONES;
CHIEF INVESTIGATOR
JERRY THOMAS; and
LT. DARRYL EASTER                                                                  DEFENDANTS

## **ORDER**

On March 2, 2006, defendants filed a motion to withdraw and substitute counsel (Doc. 21). The motion indicates Ms. Angela Echols will no longer be associated with the law firm of Bachelor & Newell and asks that C. Burt Newell be substituted as attorney of record for the defendants. The motion further indicates that Mr. Newell is prepared to comply with all scheduling orders.

We note that Mr. Newell has already filed an entry of appearance in this case (Doc. 22). The motion is granted (Doc. 21).

IT IS SO ORDERED this 8th day of March 2006.

                                                                            /s/ Bobby E. Shepherd
                                                                  UNITED STATES MAGISTRATE JUDGE