IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAMON JONES                                                                             PLAINTIFF

v.                       Civil No. 05-1085

SHERIFF KEN JONES;
CHIEF INVESTIGATOR
JERRY THOMAS; and
LT. DARRYL EASTER                                            DEFENDANTS

## O R D E R

On April 20, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 27). On April 21, 2006, defendants filed a motion for an extension of time to file their court ordered summary judgment motion (Doc. 28).

In their motion to compel, defendants state they propounded discovery requests to the plaintiff at the end of January 2006. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted (Doc. 27). Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on May 31, 2006. If plaintiff fails to comply with this court order, defendants are directed to advise the court of this fact by filing a motion to dismiss this action. Plaintiff is advised that should he fail to comply with this court order the court will have no choice but to**

AO72A
(Rev. 8/82)

**recommend that defendants' motion to dismiss be granted.**

Defendants' motion for an extension of time is also granted (Doc. 28). Defendants are given until **June 23, 2006,** to file their summary judgment motion.

Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 2nd day of May 2006.

/s/ Bobby E. Shepherd
UNITED STATES MAGISTRATE JUDGE