IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAMON JONES     PLAINTIFF

v.     Civil No. 05-1085

SHERIFF KEN JONES;
CHIEF INVESTIGATOR
JERRY THOMAS; and
LT. DARRYL EASTER     DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff proceeds in this action pro se and *in forma pauperis.* On April 20, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 27). In the motion to compel, defendants stated plaintiff had failed to respond to discovery requests.

Defendants' motion to compel was granted by order entered on May 2, 2006. (Doc. 29). Plaintiff was directed to provide defendants with the required responses to the discovery requests by 5:00 p.m. on May 31, 2006. (Doc. 29).

On June 6, 2006, the defendants filed a motion to dismiss (Doc. 31). Defendants indicate in the motion that they have not received the discovery responses or any other correspondence from the plaintiff. (Doc. 31).

On May 8, 2006, the court's order that had been returned as undeliverable from the Union County Criminal Justice Facility was re-mailed to the plaintiff at 307 North Cordelia, Magnolia, AR 71753 (Doc. 30). This second mailing has not been returned as undeliverable.

Plaintiff has not requested an extension of time to respond to the discovery requests. Plaintiff has not otherwise communicated with the court.

I therefore recommend that the defendants' motion to dismiss (Doc. 31) be granted. This

AO72A
(Rev. 8/82)

case should be dismissed based on Jones' failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of June 2006.

          /s/ Bobby E. Shepherd
          UNITED STATES MAGISTRATE JUDGE