## IN THE UNITED STATES DISTRICT COURT
### WESTERN DIVISION OF ARKANSAS
### EL DORADO DIVISION

DAMON JONES                                                             PLAINTIFF

VS.                       Civil No. 05-CV-1085

SHERIFF KEN JONES;
CHIEF INVESTIGATOR
JERRY THOMAS; and
LT. DARRYL EASTER                                     DEFENDANT

## <u>ORDER</u>

Now on this 11th day of July, 2006, comes on for consideration the proposed findings and recommendations filed herein on June 14, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the Defendants' Motion to Dismiss (Doc. 31) should be and is hereby granted. This case is dismissed based on Jones' failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

.            /s/ Harry F. Barnes
.            **HARRY F. BARNES**
.            **U.S. DISTRICT JUDGE**